IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02431-RPM-BNB

THOMAS HERMAN,

Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC, a Georgia limited liability company, and
EQUABLE ASCENT FINANCIAL LLC, a Delaware limited liability company,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    **Defendants' Motion for Telephonic Appearance at Settlement Conference** [Doc. # 15, filed 12/12/2011] is GRANTED; and

    (2)    Equable's client representative may appear at the settlement conference on December 19, 2011, at 1:30 p.m., by telephone.

DATED:  December 14, 2011