**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02431-RPM-BNB

THOMAS HERMAN,

       Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC, a Georgia limited liability company, and
EQUABLE ASCENT FINANCIAL, LLC, a Delaware limited liability company,

       Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                               BY THE COURT:

January 3, 2012                    s/Richard P. Matsch
_____      _____
DATE                                Richard P. Matsch, Senior District Judge